UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY BOGARD,

    Plaintiff,

  v.

S.A. GODINEZ, MARC HODGE,
CHRISTOPHER WALTZ, VICKIE WALKER,
JEREMY KOHN, RICHARD DENSMORE,
SMITH and STEPHEN DUNCAN,

    Defendants.

Case No. 13-cv-428-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 49) of Magistrate Judge Philip M. Frazier recommending that the Court grant the motion of defendants Richard Densmore and Jeremy Kohn for summary judgment seeking to dismiss plaintiff Anthony Bogard's claims against them for failure to exhaust administrative remedies (Doc. 36).

The Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in a report and recommendation. Fed. R. Civ. P. 72(b)(3). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has received no objection to the Report. The Court has reviewed the entire file and finds that the Report is not clearly erroneous. Accordingly, the Court hereby:

- **ADOPTS** the Report in its entirety (Doc. 49);

- **GRANTS** the motion for summary judgment seeking to dismiss filed by defendants Densmore and Kohn (Doc. 36);

- **DISMISSES** Count 1 as to defendants Densmore and Kohn **without prejudice**. Defendants Densmore and Kohn are terminated from this action; and

- **DIRECTS** the Clerk of Court to enter judgment accordingly at the close of the case.

**IT IS SO ORDERED.**
**DATED:   June 24, 2015**

                                        s/ J. Phil Gilbert
                                        **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**